1  William Peterson, No. 1528
   SNELL & WILMER L.L.P.
2  50 West Liberty Street, Suite 510
   Reno, Nevada 89501
3  Telephone: 775-785-5440
   Facsimile: 775-785-5441
4  Email: wpeterson@swlaw.com

5  James A. Heard (*pending pro hac vice*)
   MACKENZIE & ALBRITTON LLP
6  155 Sansome Street, Suite 800
   San Francisco, California 94104
7  Telephone: (415) 288-4000
   Facsimile: (415) 288-4010
8  Email: jheard@mallp.com

9  *Attorneys for Defendants Complete Wireless Consulting, Inc. and Maria Kim*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY O. GARMONG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TAHOE REGIONAL PLANNING AGENCY, JOHN MARSHALL, in his official and individual capacities; BRIDGET CORNELL, in her official and individual capacities; JOANNE MARCHETTA, in her official and individual capacities; JIM BAETGE, in his official and individual capacities; JAMES LAWRENCE, in his official and individual capacities; BILL YEATES, in his official and individual capacities; SHELLY ALDEAN, in her official and individual capacities; MARSHA BERKBIGLER, in her official and individual capacities; CASEY BEYER, in his official and individual capacities; TIMOTHY CASHMAN, in his official and individual capacities; BELINDA FAUSTINOS, in her official and individual capacities; TIM CARLSON, in his official and individual capacities; AUSTIN SASS, in his official and individual capacities; NANCY McDERMID, in her official and individual capacities; BARBARA CEGAVSKE, in her official and individual capacities; MARK BRUCE, in his official and individual capacities; SUE | Case No. 3:17-cv-00444-RCJ-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

NOVASEL, in her official and individual capacities; LARRY SEVASON, in his official and individual capacities; E. CLEMENT SHUTE, JR., in his official and individual capacities; MARIA KIM; VERIZON WIRELESS, INC.; COMPLETE WIRELESS CONSULTING INC., and CROWN CASTLE;

Defendants.

Plaintiff Gregory O. Garmong ("Plaintiff"), by and through its undersigned counsel, and Defendants Complete Wireless Consulting, Inc. and Maria Kim ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree that Defendants have until Thursday, November 30, 2017, to file its first responsive pleading or motion. Defendants request this time to further analyze and evaluate facts alleged in Plaintiff's Complaint. Defendants' first responsive pleading was due November 6, 2017. The Parties represent this stipulation is made in good faith and not for the purposes of delay. The Parties have not previously applied for any extensions of time.

Accordingly, the Parties respectfully request the Court order the deadline to answer or otherwise respond to Plaintiff's Complaint be extended to Thursday, November 30, 2017.

Dated: November 16, 2017

CARL M. HEBERT

By: /s/ Carl M. Hebert
Carl M. Hebert, No. 250
202 California Avenue
Reno, NV 89509

*Attorneys for Plaintiff*

Dated: November 16, 2017

SNELL & WILMER L.L.P.

By: /s/ William E. Peterson
William E. Peterson, No. 1528
50 West Liberty Street, Suite 510
Reno, Nevada 89501

*Attorneys for Defendants Complete Wireless Consulting, Inc. and Maria Kim*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2017.