CARL M. HEBERT, ESQ.
Nevada Bar #250
202 California Avenue
Reno, NV 89509
(775) 323-5556
carl@cmhebertlaw.com

Attorney for plaintiff Garmong

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY O. GARMONG, | 3:17-cv-00444-RCJ-WGC |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION** |
| vs. | **(First Request)** |
| TAHOE REGIONAL PLANNING AGENCY, | |
| JOHN MARSHALL, in his official and individual capacities; | |
| BRIDGET CORNELL, in her official and individual capacities; | |
| JOANNE MARCHETTA, in her official and individual capacities; | |
| JIM BAETGE, in his official and individual capacities; | |
| JAMES LAWRENCE, in his official and individual capacities; | |
| BILL YEATES, in his official and individual capacities; | |
| SHELLY ALDEAN, in her official and individual capacities; | |
| MARSHA BERKBIGLER, in her official and individual capacities; | |
| CASEY BEYER, in his official and individual capacities; | |
| TIMOTHY CASHMAN, in his official and individual capacities; | |
| BELINDA FAUSTINOS, in her official and individual capacities; | |
| TIM CARLSON, in his official and individual capacities; | |
| AUSTIN SASS, in his official and individual capacities; | |
| NANCY McDERMID, in her official and individual capacities; | |
| BARBARA CEGAVSKE, in her official and individual capacities; | |
| MARK BRUCE, in his official and individual capacities; | |
| SUE NOVASEL, in his official and | |

1  individual capacities;
   LARRY SEVASON, in his official and
2  individual capacities;
   E. CLEMENT SHUTE, JR., in his official
3  and individual capacities;
   MARIA KIM; VERIZON WIRELESS, INC.;
4  COMPLETE WIRELESS CONSULTING,
   INC., and CROWN CASTLE,
5
                    Defendants.
6

7       On November 10, 2017 defendants TAHOE REGIONAL PLANNING AGENCY;

8  JOHN MARSHALL; BRIDGET CORNELL; JOANNE MARCHETTA; JIM BAETGE; JAMES

9  LAWRENCE; BILL YEATES; SHELLY ALDEAN; MARSHA BERKBIGLER; CASEY

10 BEYER; TIMOTHY CASHMAN; BELINDA FAUSTINOS; TIM CARLSON; AUSTIN SASS;

11 NANCY McDERMID; BARBARA CEGAVSKE; MARK BRUCE; SUE NOVASEL; LARRY

12 SEVASON and E. CLEMENT SHUTE, JR. (collectively, the "TRPA" defendants) filed their

13 motion to dismiss. (# 17). Defendants CROWN CASTLE and VERIZON WIRELESS, INC.

14 filed a joinder in the motion to dismiss on November 13, 2017. (# 23). Defendants

15 COMPLETE WIRELESS CONSULTING, INC. and MARIA KIM have an extension of time

16 to file their answer or responsive motion by November 30, 2017. (# 28). The plaintiff's

17 opposition to the motion to dismiss is currently due on November 24, 2017.

18      Given the scope and complexity of the legal issues presented in the motion to

19 dismiss, and the fact that the opposition is due the day after the Thanksgiving holiday, the

20 TRPA defendants, defendants COMPLETE WIRELESS CONSULTING, INC. and MARIA

21 KIM, and the plaintiff stipulate, under the authority of LR IA 6-1, that the plaintiff may have

22 to and including **December 8, 2017** by which to file his opposition to the motion to dismiss.

23 DATED : November 21, 2017                    CARL M. HEBERT, ESQ.

24

25                                              By: /S/ Carl M. Hebert
                                                    Carl M. Hebert, Esq.
26                                                  NSB # 250

27                                              Counsel for the plaintiff

28

Continuation of Stipulation for Extension of Time to File Opposition in 3:17-cv-00444-RCJ-WGC

DATED : November 21, 2017    McDONALD CARANO, LLP

By: /S/ Matthew C. Addison
Matthew C. Addison, Esq.
NSB # 4201
Debbie Leonard, Esq.
NSB # 8260

Counsel for TRPA defendants

DATED : November 21, 2017    NEWMEYER & DILLION, LLP

By: /S/ Aaron D. Lovaas
Aaron D. Lovaas, Esq.
SBN # 5701

Counsel for defendants Crown Castle and Verizon Wireless, Inc.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___ November 30, 2017