1  AARON D. LOVAAS
   Nevada Bar No. 5701
2  Aaron.Lovaas@ndlf.com
   NEWMEYER & DILLION LLP
3  3800 Howard Hughes Parkway, Suite 700
   Las Vegas, NV 89169
4  Telephone: (702) 777-7500
   Facsimile: (702) 777-7599
5  Attorneys for Defendants Crown Castle and Verizon
   Wireless, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| GREGORY O. GARMONG, | CASE NO.: 3:17-CV-00444-RCJ-WGC |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEFS IN RESPONSE TO PLAINTIFF'S OPPOSITIONS TO MOTIONS TO DISMISS |
| TAHOE REGIONAL PLANNING AGENCY, JOHN MARSHALL, in his official and individual capacities; BRIDGET CORNELL, in her official and individual capacities; JOANNE MARCHETTA, in her official and individual capacities; JIM BAETGE, in his official and individual capacities; JAMES LAWRENCE, in his official and individual capacities; BILL YEATES, in his official and individual capacities; SHELLY ALDEAN, in her official and individual capacities; MARSHA BERKBIGLER, in her official and individual capacities; CASEY BEYER, in his official and individual capacities; TIMOTHY CASHMAN, in his official and individual capacities; BELINDA FAUSTINOS, in her official and individual capacities; TIM CARLSON, in his official and individual capacities; AUSTIN SASS, in his official and individual capacities; NANCY McDERMID, in her official and individual capacities; BARBARA CEGAVSKE, in her official and individual capacities; MARK BRUCE, in his official and individual capacities; | (First Request) |

SUE NOVASEL, in her official and individual capacities;
LARRY SEVISON, in his official and individual capacities;
E. CLEMENT SHUTE, JR., in his official and individual capacities;
MARIA KIM; VERIZON WIRELESS, INC.; COMPLETE WIRELESS CONSULTING, INC., and CROWN CASTLE,

Defendants.

IT IS HEREBY STIPULATED by and among the parties specifically identified herein, by and through their counsel of record, pursuant to LR IA 6-1, that Defendants CROWN CASTLE ("Crown"); VERIZON WIRELESS INC. ("Verizon"); TAHOE REGIONAL PLANNING AGENCY, JOHN MARSHALL, BRIDGET CORNELL, JOANNE MARCHETTA, JIM BAETGE, JAMES LAWRENCE, BILL YEATES, SHELLY ALDEAN, MARSHA BERKBIGLER, CASEY BEYER, TIMOTHY CASHMAN, BELINDA FAUSTINOS, TIM CARLSON, AUSTIN SASS, NANCY McDERMID, BARBARA CEGAVSKE, MARK BRUCE, SUE NOVASEL, LARRY SEVISON, and E. CLEMENT SHUTE, JR. (collectively, the "TRPA Defendants"), shall have until and including **Friday, January 12, 2018,** to file their respective Reply briefs to Plaintiff's Oppositions to TRPA's Motion to Dismiss and Crown and Verizon's Joinder thereto with Additional and Supplemental Points and Authorities.

Specifically, and for clarification, the TRPA Defendants filed a Motion to Dismiss in this matter (ECF No. 17), to which Plaintiff filed his Opposition (ECF No. 38) on December 8, 2017. Crown and Verizon filed their Joinder to TRPA Defendants' Motion to Dismiss, along with Additional and Supplemental Points and Authorities in support of dismissal (ECF No. 23), to which Plaintiff filed his Opposition (ECF No. 39), also on December 8, 2017. The parties to this Stipulation now agree that the Reply briefs from TRPA Defendants and Crown/Verizon in response to Plaintiff's Oppositions (ECF Nos. 38 and 39) shall now be due for filing on or before **Friday, January 12, 2018.**

This extension was agreed among the parties specifically identified herein to accommodate the pending winter holidays and due to at least one counsel's holiday travel through

- 2 -

1 January 5, 2018. This is the referenced Defendants' first request for an extension of time to file and serve their respective Reply briefs to Plaintiff's Oppositions (ECF Nos. 38 and 39).

Dated: December 11, 2017              NEWMEYER & DILLION LLP

By: _____
Aaron D. Lovaas
Nevada Bar No. 5701
3800 Howard Hughes Pkwy., Ste. 700
Las Vegas, NV 89169
Attorney for Defendants Crown Castle and Verizon Wireless, Inc.

Dated: December 11, 2017              MCDONALD CARANO LLP

By: /s/ Debbie Leonard
Debbie Leonard
Nevada Bar No. 8260
100 W. Liberty, 10th Floor
Reno, NV 89501
Attorney for Defendants Tahoe Regional Planning Agency and TRPA individuals

Dated: December 13, 2017              CARL M. HEBERT, ESQ.

By: /s/ Carl M. Hebert
Carl M. Hebert
Nevada Bar No. 250
202 California Ave.
Reno, NV 89509
Attorney for Plaintiff Gregory O. Garmong

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 21, 2017