1  CARL M. HEBERT, ESQ.
   Nevada Bar #250
2  202 California Avenue
   Reno, NV 89509
3  (775) 323-5556
   carl@cmhebertlaw.com
4
   Attorney for plaintiff Garmong
5

6              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
7

8
   GREGORY O. GARMONG,                       3:17-cv-00444-RCJ-WGC
9
              Plaintiff,                     STIPULATION FOR EXTENSION
10                                           OF TIME TO OPPOSE
         vs.                                 JOINDER AND SPECIAL MOTION
11                                           TO DISMISS OF DEFENDANTS
   TAHOE REGIONAL PLANNING AGENCY,           COMPLETE WIRELESS
12 JOHN MARSHALL, in his official and        CONSULTING, INC. AND MARIA KIM
   individual capacities;                    AND TO REPLY
13 BRIDGET CORNELL, in her official and
   individual capacities;                    (First request)
14 JOANNE MARCHETTA, in her official and
   individual capacities;
15 JIM BAETGE, in his official and
   individual capacities;
16 JAMES LAWRENCE, in his official and
   individual capacities;
17 BILL YEATES, in his official and
   individual capacities;
18 SHELLY ALDEAN, in her official and
   individual capacities;
19 MARSHA BERKBIGLER, in her official and
   individual capacities;
20 CASEY BEYER, in his official and
   individual capacities;
21 TIMOTHY CASHMAN, in his official and
   individual capacities;
22 BELINDA FAUSTINOS, in her official and
   individual capacities;
23 TIM CARLSON, in his official and
   individual capacities;
24 AUSTIN SASS, in his official and
   individual capacities;
25 NANCY McDERMID, in her official and
   individual capacities;
26 BARBARA CEGAVSKE, in her official and
   individual capacities;
27 MARK BRUCE, in his official and
   individual capacities;
28 SUE NOVASEL, in his official and

| | |
|---|---|
| 1 | individual capacities;<br>LARRY SEVASON, in his official and |
| 2 | individual capacities;<br>E. CLEMENT SHUTE, JR., in his official |
| 3 | and individual capacities;<br>MARIA KIM; VERIZON WIRELESS, INC.; |
| 4 | COMPLETE WIRELESS CONSULTING,<br>INC., and CROWN CASTLE |
| 5 | |
| 6 | Defendants. |

Plaintiff Garmong and defendants Complete Wireless Consulting, Inc. and Maria Kim, through their undersigned counsel of record, stipulate that the plaintiff may have to and including **December 29, 2017** in which to file points and authorities in opposition to "Complete Wireless Consulting, Inc. and Maria Kim's Joinder in Motions to Dismiss Under FRCP 12 and Special Motion to Dismiss Under NRS 41.660 *et seq.*" filed on November 30, 2017. The current deadline is December 14, 2017. The parties also stipulate, for the same reasons described below, that defendants Complete Wireless Consulting, Inc. and Maria Kim may correspondingly have to and including **January 12, 2018** in which to file reply points and authorities in support of their Joinder and Special Motion to Dismiss.

There have been no previous requests for extension of this deadline.

This stipulation is requested because the holiday season, pressure from other deadlines and the unusual nature of SLAPP motions and oppositions to them have made it difficult for the plaintiff to file an opposition by December 14, 2017.

DATED this 14th day of December, 2017.

/S/ Carl M. Hebert
CARL M. HEBERT, ESQ.

Counsel for the plaintiff

DATED this 14th day of December, 2017.

/S/ James A. Heard
JAMES A. HEARD, ESQ.

Counsel for defendants Complete
Wireless Consulting, Inc. and Maria Kim

Continuation of stipulation and order for extension of time in 3:17-cv-00444-RCJ-WGC.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 12-21-2017