MATTHEW C. ADDISON
Nevada State Bar #4201
DEBBIE LEONARD
Nevada State Bar #8260
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
maddison@mcdonaldcarano.com
dleonard@mcdonaldcarano.com

*Attorneys for TRPA Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY O. GARMONG,<br><br>Plaintiff,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br>JOHN MARSHALL, in his official and individual capacities;<br>BRIDGET CORNELL, in her official and individual capacities;<br>JOANNE MARCHETTA, in her official and individual capacities;<br>JIM BAETGE, in his official and individual capacities;<br>JAMES LAWRENCE, in his official and individual capacities;<br>BILL YEATES, in his official and individual capacities;<br>SHELLY ALDEAN, in her official and individual capacities;<br>MARSHA BERKBIGLER, in her official and individual capacities;<br>CASEY BEYER, in his official and individual capacities;<br>TIMOTHY CASHMAN, in his official and individual capacities;<br>BELINDA FAUSTINOS, in her official and individual capacities;<br>AUSTIN SASS, in his official and individual capacities;<br>NANCY McDERMID, in her official and individual capacities;<br>BARBARA CEGAVSKE, in her official and individual capacities;<br>MARK BRUCE, in his official and individual capacities; | 3:17-cv-00444-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

| | |
|---|---|
| 1 | SUE NOVASEL, in her official and individual capacities; |
| 2 | LARRY SEVISON, in his official and individual capacities;[1] |
| 3 | MARIA KIM; VERIZON WIRELESS, INC.; COMPLETE WIRELESS CONSULTING, |
| 4 | INC.; and CROWN CASTLE, |
| 5 | Defendants. |

Through their respective undersigned counsel, Plaintiff GREGORY O. GARMONG; Defendants TAHOE REGIONAL PLANNING AGENCY ("TRPA"), JOHN MARSHALL, BRIDGET CORNELL, JOANNE MARCHETTA, JIM BAETGE, JAMES LAWRENCE, BILL YEATES, SHELLY ALDEAN, MARSHA BERKBIGLER, CASEY BEYER, TIMOTHY CASHMAN, BELINDA FAUSTINOS, AUSTIN SASS, NANCY McDERMID, BARBARA CEGAVSKE, MARK BRUCE, SUE NOVASEL, and LARRY SEVISON, (collectively, the "TRPA Defendants); Defendants MARIA KIM and COMPLETE WIRELESS CONSULTING, INC.; and Defendants VERIZON WIRELESS and CROWN CASTLE, hereby stipulate and agree that all Defendants shall have until and including July 20, 2018, to answer or otherwise respond to Plaintiff's First Amended Complaint (ECF No. 84), which was filed on June 7, 2018.

The extension of time is necessary due to the length of the First Amended Complaint and to accommodate the travel schedules of counsel. The Parties represent that this stipulation is made in good faith and not for the purpose of delay and have not previously applied for an extension of time to respond to the First Amended Complaint.

///
///
///
///

---

[1] In the Amended Complaint, the Plaintiff incorrectly spelled Mr. Sevison's name. The correct spelling is with an "i" not an "a."

Accordingly, the Parties respectfully request the Court enter an order that extends the deadline to answer or otherwise respond to Plaintiff's First Amended Complaint to and including July 20, 2018.

DATED: June 18, 2018

/s/ Carl M. Hebert
CARL M. HEBERT
State Bar No. 250
202 California Avenue
Reno, Nevada 89509

Attorney for Plaintiff Gregory O. Garmong

DATED: June 18, 2018

McDONALD CARANO LLP

/s/ Debbie Leonard
MATTHEW C. ADDISON
Nevada State Bar #4201
DEBBIE LEONARD
Nevada Bar #8260
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501

Attorneys for Defendants Tahoe Regional Planning Agency and TRPA individuals

DATED: June 18, 2018

SNELL & WILMER LLP

/s/ William E. Peterson
WILLIAM E. PETERSON
State Bar No. 1528
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Attorneys for Defendants Complete Wireless Consulting, Inc. and Maria Kim

James A. Heard (admitted pro hac vice)
MACKENZIE &, ALBRITTON LLP
155 Sansome Street, Suite 800
San Francisco, California 94104

DATED: June 18, 2018

NEWMEYER & DILLION, LLP

/a/ Aaron D. Lovaas
AARON D. LOVAAS
State Bar No. 5701
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
Attorney for Defendants Crown Castle and Verizon Wireless, Inc.

**IT IS SO ORDERED:**

DATED: June 19, 2018.

*William G. Cobb*
UNITED STATES ]
MAGISTRATE JUDGE