MATTHEW C. ADDISON
Nevada State Bar #4201
SARAH FERGUSON
Nevada State Bar #14515
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
maddison@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

*Attorneys for TRPA Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY O. GARMONG,<br><br>Plaintiff,<br><br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br>JOHN MARSHALL, in his official and individual capacities;<br>BRIDGET CORNELL, in her official and individual capacities;<br>JOANNE MARCHETTA, in her official and individual capacities;<br>JIM BAETGE, in his official and individual capacities;<br>JAMES LAWRENCE, in his official and individual capacities;<br>BILL YEATES, in his official and individual capacities;<br>SHELLY ALDEAN, in her official and individual capacities;<br>MARSHA BERKBIGLER, in her official and individual capacities;<br>CASEY BEYER, in his official and individual capacities;<br>TIMOTHY CASHMAN, in his official and individual capacities;<br>BELINDA FAUSTINOS, in her official and individual capacities;<br>TIM CARLSON, in his official and individual capacities;<br>AUSTIN SASS, in his official and individual capacities;<br>NANCY McDERMID, in her official and individual capacities;<br>BARBARA CEGAVSKE, in her official and individual capacities; | 3:17-cv-00444-RCJ-WGC<br><br>**ORDER RE<br>NOTICE OF WITHDRAWAL AS<br>COUNSEL** |

|     |                                                                                                                   |
| --- | ----------------------------------------------------------------------------------------------------------------- |
| 1   | MARK BRUCE, in his official and individual capacities;                                                            |
| 2   | SUE NOVASEL, in her official and individual capacities;                                                           |
| 3   | LARRY SEVISON, in his official and individual capacities;                                                         |
| 4   | E. CLEMENT SHUTE, JR., in his official and individual capacities;                                                 |
| 5   | MARIA KIM; VERIZON WIRELESS, INC.; COMPLETE WIRELESS CONSULTING,                                                  |
| 6   | INC.; and CROWN CASTLE,                                                                                           |
| 7   | Defendants.                                                                                                       |

PLEASE TAKE NOTICE that Matthew C. Addison and Sarah Ferguson of the law firm of McDonald Carano LLP, hereby withdraw as counsel of record for Defendants TAHOE REGIONAL PLANNING AGENCY, JOHN MARSHALL, BRIDGET CORNELL, JOANNE MARCHETTA, JIM BAETGE, JAMES LAWRENCE, BILL YEATES, SHELLY ALDEAN, MARSHA BERKBIGLER, CASEY BEYER, TIMOTHY CASHMAN, BELINDA FAUSTINOS, TIM CARLSON, AUSTIN SASS, NANCY McDERMID, BARBARA CEGAVSKE, MARK BRUCE, SUE NOVASEL, LARRY SEVISON, and E. CLEMENT SHUTE, JR. (collectively, the "TRPA Defendants").

PLEASE TAKE FURTHER NOTICE Debbie Leonard of the law firm of Leonard Law, PC shall remain counsel of record for the TRPA Defendants and all filings and notices in this matter should be directed to Debbie Leonard. Please amend your Certificates of Service accordingly.

Dated: July 18, 2019.

McDONALD CARANO LLP

/s/ Matthew C. Addison
MATTHEW C. ADDISON
Nevada State Bar #4201
SARAH FERGUSON
Nevada State Bar #14515
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
maddison@mcdonaldcarano.com
sferguson@mcdonaldcarano.com

*Attorneys for TRPA Defendants*

IT IS SO ORDERED.

DATED: July 19, 2019.

_____
UNITED STATES MAGISTRATE JUDGE