CARL M. HEBERT, ESQ.
Nevada Bar #250
2215 Stone View Drive
Reno, NV 89436
(775) 772-5556
carl@cmhebertlaw.com

Attorney for plaintiff Garmong

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY O. GARMONG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TAHOE REGIONAL PLANNING AGENCY *et al*,<br><br>　　　　Defendants. | 3:17-cv-00444-RCJ-WGC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS AND SPECIAL MOTION TO DISMISS UNDER NRS 41.635** |

**(First request)**

　　The parties to this action, through their respective undersigned counsel of record, stipulate that the plaintiff may have to and including January 8, 2021 in which to file points and authorities in opposition to the following motions filed by the defendants:

　　1. TRPA defendants' motion to dismiss plaintiff's first amended complaint filed on December 4, 2020 (# 137) and joined by the private party defendants (# 140);

　　2. Private party defendants' joint motion to dismiss under FRCP 12 filed on December 4, 2020 (# 141) and

　　3. Private party defendants' special motion to dismiss under NRS 41.635 filed on December 4, 2020 (# 142).

　　This is the first stipulation for extension of time to file oppositions to these motions.

1  The plaintiff sought this extension because of the amount of work involved in
2  opposing three potentially dispositive motions and the holiday vacation schedule of counsel
3  for the plaintiff.
4  DATED:  December 17, 2020
5
6
   /S/ Carl M. Hebert
7  CARL M. HEBERT
   State Bar No. 250
8  2215 Stone View Drive
9  Sparks, Nevada 89436

10  *Attorney for Plaintiff Gregory O. Garmong*

11
    DATED:  December 17, 2020
12
13
14   /S/ James A. Heard
     James A. Heard (admitted pro hac vice)
15   MACKENZIE &, ALBRITTON LLP
     155 Sansome Street, Suite 800
16   San Francisco, California 94104
17
    *Attorneys for Defendants Complete Wireless Consulting, Inc. and Maria Kim*
18
19
     DATED:  December 17, 2020
20
     LEONARD LAW, PC
21
22   /S/ Debbie Leonard
     DEBBIE LEONARD
23   State Bar No. 8260
     955 South Virginia Street, Suite 220
24   Reno, Nevada 89502
25
    *Attorneys for Defendants Tahoe Regional Planning Agency and TRPA individuals*
26
27                                        2
28

DATED: December 17, 2020

NEWMEYER & DILLION, LLP

/S/ Aaron D. Lovaas
AARON D. LOVAAS
State Bar No. 5701
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169

Attorney *for Defendants Verizon Wireless, Inc. and Crown Castle*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 21, 2020.