| | |
|---|---|
| 1 | AARON D. LOVAAS, ESQ. SBN 5701 |
| | NEWMEYER & DILLION LLP |
| 2 | 3800 Howard Hughes Pkwy, Suite 700 |
| | Las Vegas, Nevada  89169 |
| 3 | Telephone: (702) 777-7500 |
| | Facsimile: (702) 777-7599 |
| 4 | Aaron.Lovaas@ndlf.com |
| 5 | *Attorneys for Defendants Crown Castle and* |
| | *Verizon Wireless, Inc.* |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 10 | GREGORY O. GARMONG, | CASE NO.:  3:17-CV-00444-RCJ-WGC |
| 11 | Plaintiff, | |
| 12 | vs. | |
| 13 | TAHOE REGIONAL PLANNING AGENCY, | **ORDERFOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
| 14 | JOHN MARSHALL, in his official and individual capacities; | |
| 15 | BRIDGET CORNELL, in her official and individual capacities; | |
| 16 | JOANNE MARCHETTA, in her official and individual capacities; | **[ECF NO. 145]** |
| 17 | JIM BAETGE, in his official and individual capacities; | |
| 18 | JAMES LAWRENCE, in his official and individual capacities; | **(FIRST REQUEST)** |
| 19 | BILL YEATES, in his official and individual capacities; | |
| 20 | SHELLY ALDEAN, in her official and individual capacities; | |
| 21 | MARSHA BERKBIGLER, in her official and individual capacities; | |
| 22 | CASEY BEYER, in his official and individual capacities; | |
| 23 | TIMOTHY CASHMAN, in his official and individual capacities; | |
| 24 | BELINDA FAUSTINOS, in her official and individual capacities; | |
| 25 | AUSTIN SASS, in his official and individual capacities; | |
| 26 | NANCY McDERMID, in her official and individual capacities; | |
| 27 | BARBARA CEGAVSKE, in her official and individual capacities; | |
| 28 | | |

MARK BRUCE, in his official and individual capacities;
SUE NOVASEL, in her official and individual capacities;
LARRY SEVASON, in his official and individual capacities;
MARIA KIM; VERIZON WIRELESS, INC.; COMPLETE WIRELESS CONSULTING, INC., and CROWN CASTLE,

Defendants.

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 145]**

The parties to this action, through their respective undersigned counsel of record, stipulate that Defendants may have to and including January 8, 2021 in which to file points and authorities in response to Plaintiff's Motion for Extension of Time to File Reply in Support of Motion for Preliminary Injunction [ECF No. 145].

This is the first stipulation for extension of time to file a response to ECF No. 145. Defendants seek this extension in light of the holiday vacation schedules of all counsel.

Dated: December 23, 2020

NEWMEYER & DILLION LLP

By: */s/Aaron D. Lovaas*
AARON D. LOVAAS, ESQ. SBN 5701
3800 Howard Hughes Pkwy., Ste. 700
Las Vegas, Nevada 89169

Attorneys for Defendants Crown Castle and Verizon Wireless, Inc.

Dated: December 23, 2020

LEONARD LAW, PC

By: */s/Debbie Leonard*
DEBBIE LEONARD, ESQ. SBN 8260
955 S. Virginia Street, Suite 220
Reno, Nevada 89502

Attorney for Defendants Tahoe Regional Planning Agency and TRPA individuals

Dated: December 23, 2020

SNELL & WILMER L.L.P.

By: /s/William Peterson
　　WILLIAM PETERSON, ESQ.
　　SBN 1528
　　50 West Liberty Street, Suite 510
　　Reno, Nevada 89501

　　JAMES A. HEARD, ESQ.
　　*(admitted pro hac vice)*
　　MACKENZIE & ALBRITTON LLP
　　155 Sansome Street, Suite 800
　　San Francisco, California 94104

Attorneys for Defendants Complete Wireless Consulting, Inc. and Maria Kim

Dated: December 23, 2020

CARL M. HERBERT

By: /s/Carl M. Herbert
　　CARL M. HERBERT, ESQ. SBN 250
　　Nevada Bar No. 8260
　　2215 Stone View Drive
　　Reno, Nevada 89436

Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 29, 2020.