Debbie Leonard (Nev. Bar #8260)
Leonard Law, PC
955 South Virginia Street, Suite 220
Reno, Nevada 89502
(775) 964-4656
debbie@leonardlawpc.com

*Attorney for TRPA Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY O. GARMONG,<br><br>  Plaintiff,<br>v.<br><br>TAHOE REGIONAL PLANNING AGENCY,<br>JOHN MARSHALL, in his official and individual capacities;<br>BRIDGET CORNELL, in her official and individual capacities;<br>JOANNE MARCHETTA, in her official and individual capacities;<br>JIM BAETGE, in his official and individual capacities;<br>JAMES LAWRENCE, in his official and individual capacities;<br>BILL YEATES, in his official and individual capacities;<br>SHELLY ALDEAN, in her official and individual capacities;<br>MARSHA BERKBIGLER, in her official and individual capacities;<br>CASEY BEYER, in his official and individual capacities;<br>TIMOTHY CASHMAN, in his official and individual capacities;<br>BELINDA FAUSTINOS, in her official and individual capacities;<br>AUSTIN SASS, in his official and individual capacities;<br>NANCY McDERMID, in her official and individual capacities;<br>BARBARA CEGAVSKE, in her official and individual capacities;<br>MARK BRUCE, in his official and individual capacities;<br>SUE NOVASEL, in her official and individual capacities;<br>LARRY SEVISON, in his official and individual capacities;<br>MARIA KIM; VERIZON WIRELESS, INC.;<br>COMPLETE WIRELESS CONSULTING, INC.; and CROWN CASTLE,<br><br>  Defendants. | 3:17-cv-00444-RCJ-WGC<br><br>**ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLIES TO PLAINTIFF'S RESPONSES TO MOTIONS TO DISMISS**<br><br>**(First Request)** |

1  Through their respective undersigned counsel, Plaintiff GREGORY O. GARMONG;
2  Defendants TAHOE REGIONAL PLANNING AGENCY ("TRPA"), JOHN MARSHALL,
3  BRIDGET CORNELL, JOANNE MARCHETTA, JIM BAETGE, JAMES LAWRENCE, BILL
4  YEATES, SHELLY ALDEAN, MARSHA BERKBIGLER, CASEY BEYER, TIMOTHY
5  CASHMAN, BELINDA FAUSTINOS, AUSTIN SASS, NANCY McDERMID, BARBARA
6  CEGAVSKE, MARK BRUCE, SUE NOVASEL, and LARRY SEVISON, (collectively, the
7  "TRPA Defendants"); Defendants MARIA KIM and COMPLETE WIRELESS CONSULTING,
8  INC.; and Defendants VERIZON WIRELESS and CROWN CASTLE (collectively, "Private Party
9  Defendants"), stipulate and agree as follows:

On January 7, 2021, Plaintiff filed an "Opposition to 'Private Party Defendants' Special Motion to Dismiss Under NRS 41.635 et. seq.'" (ECF No. 149).

On January 7, 2021, Plaintiff filed an "Opposition to 'Private Party Defendants' Joint Motion to Dismiss Under FRCP 12'" (ECF No. 151).

On January 8, 2021, Plaintiff filed an "Opposition to Third Motion to Dismiss of Tahoe Regional Planning Agency Defendants" (ECF No. 152).

The Private Party Defendants' Reply to ECF No. 149 is due January 14, 2021.

The Private Party Defendants' Reply to ECF No. 151 is due January 14, 2021.

The TRPA Defendants' Reply to ECF No. 152 is due January 15, 2021.

The Parties stipulate and agree that the due date for Defendants to file Replies to Plaintiff's Oppositions (ECF Nos. 149, 151 and 152) shall be to and including January 29, 2021.

This is the first stipulation for extension of time for the filing of these Replies. This extension of time is necessary due to Defendants' counsel facing a number of conflicting deadlines and obligations, as well as the extensive arguments made in ECF Nos. 149, 151 and 152.

///
///
///
///
///

1

The Parties represent that this stipulation is made in good faith and not for the purpose of delay.

Respectfully submitted,

DATED:  January 12, 2021

LEONARD LAW, PC

 /s/ Debbie Leonard
DEBBIE LEONARD
State Bar No. 8260
955 South Virginia Street, Suite 220
Reno, Nevada 89502

*Attorneys for Defendants Tahoe Regional Planning Agency and TRPA individuals*

DATED: January 12, 2021

MACKENZIE &, ALBRITTON LLP

 /s/ James Heard
JAMES A. HEARD (admitted pro hac vice)
155 Sansome Street, Suite 800
San Francisco, California 94104

SNELL & WILMER LLP
WILLIAM E. PETERSON
State Bar No. 1528
50 West Liberty Street, Suite 510
Reno, Nevada  89501

*Attorneys for Defendants Complete Wireless Consulting, Inc. and Maria Kim*

DATED: January 12, 2021

 /s/ Carl M. Hebert
CARL M. HEBERT
State Bar No. 250
202 California Avenue
Reno, Nevada  89509

*Attorney for Plaintiff Gregory O. Garmong*

DATED: January 12, 2021

NEWMEYER & DILLION, LLP

 /s/ Aaron D. Lovaas
AARON D. LOVAAS
State Bar No. 5701
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada  89169

*Attorney for Defendants Crown Castle and Verizon Wireless, Inc.*

**IT IS SO ORDERED:**

DATED: January 21, 2021.

_____
UNITED STATES DISTRICT JUDGE

2