**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREGORY O. GARMONG, | 3:17-cv-00444-RCJ-WGC |
| Plaintiff, | ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO OPPOSE DEFENDANTS' JOINT MOTION FOR ATTORNEYS' FEES |
| vs. | (First request) |
| TAHOE REGIONAL PLANNING AGENCY *et al*, | |
| Defendants. | |

The parties to this action, through their respective undersigned counsel of record, stipulate that the plaintiff may have to and including November 8, 2021 in which to file points and authorities in opposition to the Defendants' Joint Motion for Attorneys' Fees and Costs filed October 11, 2021 (ECF No. 168).

This is the first stipulation for extension of time to file an opposition to this motion.

On September 9, 2021, this Court entered its Order dismissing the Plaintiff's first amended complaint with prejudice. ECF No. 159. The Order further directed: "Defendants shall file a motion for attorney fees providing a basis for such a reasonable award within thirty days of the issuance of this order." *Id.* at 16:16-17. The defendants timely filed their joint motion for attorneys' fees on October 11, 2021. ECF No. 168. Under LR 7-2(b), the plaintiff has 14 days within which to file opposition points and authorities. The current

deadline is October 25, 2021.

The parties have stipulated that the Plaintiff may have an additional 14 days, to and including November 8, 2021, within which to file an opposition to the motion for fees. The plaintiff requested the stipulation to allow additional time to research and write the opposition because of the large amount of fees requested, requiring a review of over four years of litigation. Under the stipulation, reply points and authorities would be due 14 days after the plaintiff files the opposition.

DATED:  October 20, 2021


 /S/ Carl M. Hebert
CARL M. HEBERT
State Bar No. 250
2215 Stone View Drive
Sparks, Nevada 89436

*Attorney for Plaintiff Gregory O. Garmong*


DATED:  October 20, 2021


 /S/ James A. Heard
James A. Heard (admitted pro hac vice)
MACKENZIE &, ALBRITTON LLP
155 Sansome Street, Suite 800
San Francisco, California 94104

*Attorneys for Defendants Complete Wireless Consulting, Inc. and Maria Kim*

DATED: October 20, 2021

LEONARD LAW, PC

<u>/S/ Debbie Leonard</u>
DEBBIE LEONARD
State Bar No. 8260
955 South Virginia Street, Suite 220
Reno, Nevada 89502

*Attorneys for Defendants Tahoe Regional Planning Agency and TRPA individuals*

DATED: October 20, 2021

NEWMEYER & DILLION, LLP

<u>/S/ Aaron D. Lovaas</u>
AARON D. LOVAAS
State Bar No. 5701
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169

Attorney *for Defendants Verizon Wireless, Inc. and Crown Castle*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 21, 2021