UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GREGORY GARMONG,

    Plaintiff-Appellant,

v.

TAHOE REGIONAL PLANNING AGENCY; JOHN MARSHALL; BRIDGET CORNELL; JOANNE MARCHETTA; JIM BAETGE; JAMES LAWRENCE; BILL YEATES; SHELLY ALDEAN; MARSHA BERKBIGLER; CASEY BEYER; TIMOTHY CASHMAN; BELINDA FAUSTINOS; AUSTIN SASS; NANCY MCDERMID; BARBARA CEGAVSKE; MARK BRUCE; SUE NOVASEL; LARRY SEVASON; MARIA KIM; COMPLETE WIRELESS CONSULTING, INC.; VERIZON WIRELESS, INC.; CROWN CASTLE,

    Defendants-Appellees.

No. 22-15869

D.C. No. 3:17-cv-00444-RCJ-WGC
District of Nevada, Reno

ORDER

Before: RAWLINSON and OWENS, Circuit Judges, and PREGERSON,[*] District Judge.

---

    [*] The Honorable Dean D. Pregerson, United States District Judge for the Central District of California, sitting by designation.

Appellant's Petition for En Banc Review of Conflicting Panel Decisions, filed February 17, 2023, is DENIED.

Appellant's Motion to Hold Decision on Appeal in Abeyance Pending Ruling on a Petition for En Banc Review of Conflicting Panel Decisions, filed September 26, 2023, is DENIED.